UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Steve McLeod
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Fifth Judicial District of PA.
Chester Beattice
Daniel Regan
Donald Jevrich
Carolyn Jones
Thomas A. Will And Associates, Inc.
_____
_____
_____

**COMPLAINT**

Jury Trial: [X] Yes  [ ] No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name                Steve McLeod
             Street Address      105 Ariel Pl
             County, City        Ocean, Brick
             State & Zip Code    NJ 08724
             Telephone Number    732-892-8146

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Fifth Judicial District of PA
Street Address: 440 Ross Street
County, City: Allegheny, Pittsburgh
State & Zip Code: PA, 15219

Defendant No. 2
Name: Chester Beattie III
Street Address: 420 Ft Duquesne Blvd Ste 700
County, City: Allegheny, Pittsburgh
State & Zip Code: PA, 15222

Defendant No. 3
Name: Daniel Regan
Street Address: 440 Ross St
County, City: Allegheny, Pittsburgh
State & Zip Code: PA, 15219

Defendant No. 4
Name: Carolyn Jones
Street Address: 5057 Columbo St
County, City: Allegheny, Pittsburgh
State & Zip Code: PA, 15224

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☐ Federal Questions     ☒ Diversity of Citizenship
☐ U.S. Government Plaintiff     ☐ U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

## CONTINUATION OF PAGE A SECTION: B

### Case submitted by Steve Mcleod

**Defendant 5: Name; Law Firm:** Thomas A. Will & Associates

    **Street Address:** 420 Duquesne Blvd. STE 700

    **County, City**    Allegheny, Pittsburgh,

    **State & Zip Code:**  Pennsylvania &1522

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New Jersey__

Defendant(s) state(s) of citizenship __Pennsylvania__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __New Jersey And PA Pennsylvania__

B. What date and approximate time did the events giving rise to your claim(s) occur? __9/2018, 6/11/2019, 12/1/2020.__

C. Facts: Deny plaintiff due process of child support custody Hearing. Deliberately and maliciously set plaintiff child support for five times plaintiff income. Refused to make any correction while profit from incentive. This is clearly done to plaintiff base on his race and nationality. Plaintiff provide defendants with his W-2 taxes showing is true income. Defendant on 12/1/2020 delete all evidence of the hearing that was done under oath and was recorded. Defendant Chester Beattie on 12/1/2020 threaten plaintiff that he was going to hold him in contempt even though clearly plaintiff income shows he over paid child support per the guideline. Defendant Donald Pepen on 2018 conspired with Donald Jerich and

-3-

fabricate false numbers to Enter interim order of Child support. The court disregarded recording of

IV. Injuries: the 12/1/2020 hearing. Please- see my Motion to Quash.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Lost of Emotional, Medical I have received continuous treatment as these illegal action created tremendous stress that leads to medical issues.

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Compensate plaintiff monetary And order an injunction against these illegal child support payments that is grossly outside of the guidance of for child support. Mr.

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of December, 20 20.

Signature of Plaintiff  Steve McLeod
Mailing Address  105 Ariel Pl
Brick, NJ 08724

Telephone Number  732-892-8146
Fax Number (if you have one)
E-mail Address  mcleodste@aol.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

- 5 -